**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

SHAMEKA WILLIAMS                                                                          PLAINTIFF

v.                                          No. 3:06CV00024 JLH

DOUGLAS, INC.                                                                              DEFENDANT

## ORDER

Defendant filed a motion to dismiss on March 30, 2006.  No response has been filed to date. Ms. Williams is hereby notified that her time for responding to the pending motion to dismiss will be extended up to and including May 5, 2006.  If she fails to file a response to the pending motion by 5:00 p.m. on May 5, 2006, the Court will assume that she does not object to the motion and will act accordingly.

IT IS SO ORDERED this 24th day of April, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE