IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHAMEKA WILLIAMS                                                                    PLAINTIFF

v.                                              No. 3:06CV00024 JLH

DOUGLAS, INC.                                                                        DEFENDANT

### ORDER

Defendant has moved to dismiss plaintiff's claim on the ground that it is time barred. Paragraph 7 of plaintiff's complaint alleges that she received a right-to-sue letter in February 2004. This action was filed on February 28, 2006. Under 42 U.S.C. § 2000e-5(f)(1), a Title VII claim is time barred if it is brought more than 90 days after the issuance of the EEOC right-to-sue letter. *Williams v. Thomson Corp.*, 383 F.3d 789, 790-91 (8th Cir. 2004). Therefore, plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 8th day of May, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE