IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHAMEKA WILLIAMS                                                                                    PLAINTIFF

v.                                            No. 3:06CV00024 JLH

DOUGLAS, INC.                                                                                       DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 8th day of May, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE